```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 07 B 06354
   JULIE A HARNDEN
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-6103
```

--------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/10/07 .

   2.  The case was dismissed without confirmation, 08/24/2007.

   3.  The Debtor paid a total of $   5754.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | 3800.00 |
| MCHENRY SAVINGS BANK | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MUNSON MARINE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NEUROBEHAVIORAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| DAVID J AXELROD & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| US POSTAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| WAL MART STORES | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |

         Summary of disbursements:
--------------------------------------------------------------------------

```
                     SECURED       PRIORITY   UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00            .00         .00           .00            .00
PRINCIPAL PAID       3800.00            .00         .00           .00        3800.00
INTEREST PAID            .00            .00         .00           .00            .00
TOTAL PAID           3800.00            .00         .00           .00        3800.00
```

The Debtor's attorney, SCOTT A BENTLEY                , was allowed $   2500.00
and was paid $     830.39 .

The Trustee received $    123.61 .

Refunds to the Debtor totaled $   1000.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/16/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 07 B 06354 JULIE A HARNDEN